IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| EMERGENCY STAFFING SOLUTIONS, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:17-CV-2 |
| v. | § § | |
| COFFEE MEDICAL GROUP, LLC, | § § | |
| Defendant. | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Emergency Staffing Solutions, Inc. files this Motion for Entry of Final Judgment and would show as follows:

1. Plaintiff and Defendant entered into a Settlement Agreement (the "Settlement Agreement") in or about May of 2018.

2. The MSA dictates that, in the event of a default of certain payment obligations, the parties submit Consent Judgment to the Court for final disposition of this matter.

3. Defendant has notified Plaintiff that Defendant will default on its final payment obligation due on or before December 31, 2019. Both parties and counsel executed the Consent Judgment to reflect its approval for entry.

4. Counsel for Defendant has indicated that Defendant does not oppose entry of the Consent Judgment.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that, on or after January 1, 2020, the Court execute a final judgment in the form attached hereto as Exhibit A.

        Respectfully submitted,

        /s/ John M. Hafen
        John M. Hafen
        Texas State Bar No. 24057879
        jmh@hanshawkennedy.com
        Anna L. Wortham
        Texas State Bar No. 24093391
        alw@hanshawkennedy.com

        **HANSHAW KENNEDY HAFEN, LLP**
        1415 Legacy Drive, Suite 350
        Frisco, Texas 75034
        Telephone: (972) 731-6500
        Telecopier: (972) 731-6555
        www.hanshawkennedy.com

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on counsel for the Defendant via the court's electronic filing system on this 20th day of December 2019.

        /s/ John M. Hafen
        John M. Hafen

## CERTIFICATE OF CONFERENCE

    I hereby certify that I conferred with counsel for Defendant and counsel for Defendant indicated that Defendant does not oppose the relief sought by Plaintiff.

                                        /s/ John M. Hafen
                                        John M. Hafen