IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

EMERGENCY STAFFING SOLUTIONS, )
INC., )
                               )
         Plaintiff, )
                               )
v. ) Civil Action No. 4:17-cv-2
                               )
COFFEE MEDICAL GROUP, LLC, )
                               )
         Defendant. )

## CONSENT JUDGMENT

Upon Agreement between Plaintiff and Defendant as evidenced by signatures of counsel below, and in accordance with the terms of the Settlement Agreement and Release executed by the parties in resolution to Case No 4:17-cv-2, and the Court having been made aware of the terms of the Settlement Agreement and Release, and for other good cause shown, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that jurisdiction and venue is proper in this Court, and it is further

**ORDERED, ADJUDGED, AND DECREED** that there is no just reason to delay the entry of a final judgment with respect to the Plaintiffs claims for damages against Defendant, and it is further

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiff is hereby awarded a final judgment in the amount of $442,604.45, for which execution may issue; it is further

**Exhibit A**

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to post judgment interest at the maximum rate allowed under the applicable law until the entire judgment is indefeasibly paid in full, and it is further

**ORDERED, ADJUDGED, AND DECREED** that this is a final judgment not subject to modification.

ENTERED this 6th day of January, 2020.

/s/ Travis R. McDonough
U. S. DISTRICT JUDGE

APPROVED FOR ENTRY:

EMERGENCY STAFFING SOLUTIONS, INC.

By: _____ SHONDA RUPE

Title: CNO

HANSHAW KENNEDY HAFEN, LLP, COUNSEL FOR PLAINTIFF

By: s John M. Hafen
John M. Hafen (#Texas State Bar No. 24057879)
Attorney for the Plaintiff
Hanshaw Kennedy, LLP
1415 Legacy Drive, Suite 350
Frisco, Texas, 75034
(972) 731-6500
jmh@hanshawkennedy.com

COFFEE MEDICAL GROUP, LLC

By: _____
Martha McCormick

Title: CEO

BURCH & LOCKHART, COUNSEL FOR DEFENDANT

By: /s/ Eric J. Burch
Eric J. Burch (#19320)
Attorney for Defendant
200 South Woodland Street
Manchester, Tennessee 37355
(931) 723-7997
EBurch@enejburch.com